**U.S. Bankruptcy Court**
**Northern District of Georgia**

In re:

**NICHOLE JACQUELLE ROSE–TURNER**

Bankruptcy Case No.**18–63003–jwc**

Debtor

**NICHOLE ROSE TURNER**

Adversary Proceeding No.**18–05187–jwc**

Plaintiff

v.

**FIRST FRANKLIN FINANCIAL CORPORATION, SUBSIDARY OF NATIONAL CITY BANK OF INDIANA**

Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

> **Clerk, U.S. Bankruptcy Court**
> **Northern District of Georgia**
> **1340 United States Courthouse**
> **75 Ted Turner Drive SW, Atlanta GA 30303**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

> **Nichole Rose Turner**
> **3715 Wolverton Cir**
> **Lithonia, GA 30038**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Date Issued:*

**08/6/2018**

*M. Regina Thomas, Clerk Of Court*

