# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Nichole Jacquelle Rose-Turner | § | CHAPTER 13 |
| aka Nicole Jacquelle Rose | § | |
|     Debtor | § | CASE NO. 18-63003-jwc |
| | § | |
| Nichole Jacquelle Rose-Turner | § | ADVERSARY |
| aka Nicole Jacquelle Rose | § | CASE NO. 18-05187-jwc |
|     Plaintiff | § | |
| | § | CONTESTED MATTER |
| v. | § | |
| First Franklin Financial Corporation, | § | |
| Subsidiary of National City Bank of | § | |
| Indiana | § | |
|     Defendant | § | |
| | § | |

## ANSWER

COMES NOW, First Franklin Financial Corporation, Subsidiary of National City Bank of Indiana and responds to Debtor's Complaint as follows:

## AFFIRMATIVE DEFENSES

1.

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2.

Plaintiff does not have legal standing to bring the within Complaint.

3.

Plaintiff's Complaint is barred by estoppel.

4.

Plaintiff's Complaint is barred by waiver.

5.

Defendant is not subject to the jurisdiction and venue of this Court.

6.

Plaintiff's complaint is barred by insufficiency of service of process.

## SPECIFIC RESPONSES

1.

Denied

2.

Denied

3.

Denied

4.

Denied

5.

Denied

6.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

7.

Denied

8.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

9.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

10.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

11.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

12.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

13.

The bankruptcy schedules speak for themselves.

14.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

15.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

16.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

17.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

18.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

19.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

20.

Denied

21.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

22.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

23.

Defendant is without sufficient information to confirm the veracity of these allegations and therefore denies same.

24.

Denied

25

Denied

26.

Defendant reiterates and incorporates by reference its previous responses.

27.

Denied

28.

Denied

29.

Denied

30.

Denied

31.

Denied

32.

Denied

33.

Denied

34.

Denied

35.

Denied

36.

Defendant reiterates and incorporates by reference its previous responses.

37.

Denied

38.

Denied

39.

Denied

This the 22nd day of August, 2018

/s/Richard B. Maner
Richard B. Maner, GA Bar No. 486588
Attorney for Defendant
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328
Phone: 404-252-6385; Fax: 404-252-6394
Email: rmaner@rbmlegal.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the **ANSWER** by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Nicole Rose Turner
3715 Wolverton Cir
Lithonia, GA 30038

Tamara Miles Ogier, Chapter 7 Trustee
Ogier, Rothschild & Rosenfeld PC
P.O. Box 1547
Decatur, GA 30031

This the 22nd day of August, 2018.

**/s/Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Defendant
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328
Phone: 404-252-6385; Fax: 404-252-6394
Email: rmaner@rbmlegal.com